IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| SID MILLER, on behalf of himself and others similarly situated,<br><br>       *Plaintiff*,<br><br>v.<br><br>TOM VILSACK, in his official capacity as SECRETARY OF AGRICULATURE,<br><br>       *Defendant*. | Civil Action No. 4:21-cv-595-O |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.11, please enter the appearance of Emily Sue Newton as counsel of record for the Defendant in the above-captioned matter.

Dated: May 25, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Emily Sue Newton*
EMILY SUE NEWTON (VA Bar No. 80745)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendant*