UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Sid Miller**, et al., | | |
| Plaintiffs, | | |
| v. | | Case No. 4:21-cv-00595-O |
| **Tom Vilsack**, in his official capacity as Secretary of Agriculture, | | |
| Defendant. | | |

## MOTION FOR CLASS CERTIFICATION

The plaintiffs respectfully move to certify two classes under Rule 23(b)(2) of the Federal Rules of Civil Procedure.

The first proposed class will be represented by plaintiffs Greg Macha, James Meek, Jeff Peters, and Lorinda O'Shaughnessy, and it consists of "all farmers and ranchers in the United States who are encountering, or who will encounter, racial discrimination from the United States Department of Agriculture on account of section 1005 of the American Rescue Plan Act."

The second proposed class will be represented by all of the named plaintiffs in this action, and it consists of "all farmers and ranchers in the United States who are currently excluded from the definition of 'socially disadvantaged farmer or rancher,' as defined in 7 U.S.C. § 2279(a)(5)–(6) and as interpreted by the Department of Agriculture."

The accompanying brief provides our arguments and authorities.

Respectfully submitted.

GENE P. HAMILTON                          /s/ Jonathan F. Mitchell
Virginia Bar No. 80434                   JONATHAN F. MITCHELL
Vice-President and General Counsel       Texas Bar No. 24075463
America First Legal Foundation           Mitchell Law PLLC
300 Independence Avenue SE               111 Congress Avenue, Suite 400
Washington, DC 20003                     Austin, Texas 78701
(202) 964-3721                           (512) 686-3940 (phone)
gene.hamilton@aflegal.org                (512) 686-3941 (fax)
                                         jonathan@mitchell.law

H. DUSTIN FILLMORE III
Texas Bar No. 06996010
CHARLES W. FILLMORE
Texas Bar No. 00785861
The Fillmore Law Firm, LLP
201 Main Street, Suite 801
Fort Worth, Texas 76102
(817) 332-2351 (phone)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

                                         *Counsel for Plaintiffs and
Dated: June 2, 2021                      the Proposed Classes*

## CERTIFICATE OF CONFERENCE

I certify that on June 2, 2021, I conferred with Emily Sue Newton, counsel for the defendants, and she informed me that the defendants oppose this motion.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs and
the Proposed Classes*

## CERTIFICATE OF SERVICE

I certify that on June 2, 2021, I served this document through CM/ECF upon:

Emily Sue Newton
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-8356 (phone)
(202) 616-8460 (fax)
emily.s.newton@usdoj.gov

*Counsel for Defendants*

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs and
the Proposed Classes*