IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SID MILLER, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-cv-0595-O |
| **TOM VILSACK,** *in his official capacity as Secretary of Agriculture*, | § § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. 17), filed June 2, 2021. To efficiently resolve the Motion, the Government is **ORDERED** to file a response by June 11, 2021. Plaintiffs may file a reply by June 18, 2021.

**SO ORDERED** this **2rd day** of **June 2021**.

*[signature: Reed O'Connor]*
Reed O'Connor
UNITED STATES DISTRICT JUDGE