IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SID MILLER, et al.,** | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 4:21-cv-0595-O |
| **TOM VILSACK,** *in his official capacity as Secretary of Agriculture*, | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion for Leave to File Response Brief in Excess of 25 Pages (ECF No. 21), filed June 7, 2021. Having considered the Motion, the Court finds that it should be and is **GRANTED**.

**SO ORDERED** this **7th day** of **June 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE