# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| SID MILLER, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> TOM VILSACK, <br><br> *Defendant.* | Case No. 4:21-cv-00595 |

### Declaration of Scott M. Hendler
### In Support of The National Black Farmers Association
### and
### The Association of American Indian Farmers'
### Unopposed Motion for Leave to Proceed without Local Counsel

1. My name is Scott M. Hendler. I am over the age of twenty-one and fully competent to make this declaration. I am an attorney at the law firm Hendler Flores Law, P.L.L.C. I am licensed to practice law in Texas, and I am admitted to the Northern District of Texas. My firm is legal counsel for The National Black Farmers Association and The Association of American Indian Farmers, and I have personal knowledge of the facts stated here and those facts are true and correct.

2. Absent leave of Court, Local Rule 83.10(a) of the Northern District of Texas requires any attorney appearing in the case who does not reside or maintain his or her principal office within 50 miles of the courthouse in the division in which the case is pending to associate local counsel who resides or maintains his or her principal office within 50 miles of the courthouse in the division in which the case is pending.

3. NBFA and AAIF have moved that this Court grant leave for its counsel to proceed in this litigation without local counsel. NBFA and AAIF have retained me and my law partner Rebecca R. Webber to represent them. Hendler Flores Law, PLLC is a law firm based in Austin, Texas.

4. I and Ms. Webber have extensive experience litigating in the federal courts (including federal courts in the State of Texas), and also have experience litigating constitutional issues in the federal courts.

5. Following law school, I served a one-year term as judicial law clerk for the Hon. Robert Porter (at the time, the Chief Judge of the Northern District of Texas) during the 1989-1990 term. In addition, shortly after completing my clerkship, I tried a case to verdict in

**Exhibit A**

the Northern District of Texas.

6. I am admitted to practice in the following jurisdictions:

| JURISDICTION | YEAR ADMITTED |
|---|---|
| Supreme Court of Texas | 1989 |
| Supreme Court of Pennsylvania | 1990 |
| United States District Court for the Northern District of Texas | 1990 |
| United States Court of Appeals for the Eighth Circuit | 1990 |
| United States District Court for the Eastern District of Texas | 1991 |
| United States Court of Appeals for the Fifth Circuit | 1992 |
| United States Court of Appeals for the Eleventh Circuit | 1992 |
| United States Court of Appeals for the Ninth Circuit | 1999 |
| United States Supreme Court | 2003 |
| United States District Court for the Southern District of Texas | 2007 |
| United States District Court for the Western District of Texas | 2007 |
| United States District Court for the District of Colorado | 2011 |
| United States Court of Appeals for the Third Circuit | 2013 |
| Supreme Court of Illinois | 2014 |
| Supreme Court of New Mexico | 2016 |
| United States Court of Appeals for the Second Circuit | 2018 |

7. While my practice primarily consists of representing Plaintiffs in significant and complex personal injury and wrongful death lawsuits, I have represented farmers in class action against Monsanto in the Eastern District of Texas.

8. I am my law partner Rebecca Webber will be available to fulfill the duties of local counsel set out in Local Rule 83.10(b), including presenting, and arguing at any hearing held by this Court, and performing any other duty required by this Court or set out in the Local Rules.

**Exhibit A**

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: Austin, Texas, June 9, 2021.

                                                                                       _____
                                                                                       **SCOTT M. HENDLER**

Exhibit A