UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SID MILLER,<br><br>    *Plaintiff*,<br><br>    v.<br><br>TOM VILSACK,<br><br>    *Defendant*. | Case No. 4:21-cv-00595 |

### [PROPOSED] ORDER

After considering *The National Black Farmers Association and the Association of American Indian Farmers' Unopposed Motion for Leave to Proceed Without Local Counsel* [D.I. 23] filed by Proposed Defendant-Intervenors the National Black Farmers Association and the Association of American Indian Farmers, the Court hereby **GRANTS** the Motion.

**IT IS ORDERED** that Proposed Defendant-Intervenors may proceed in this case without local counsel.

**SO ORDERED, this \_\_\_\_\_ day of June, 2021.**

_____
**HONORABLE REED O'CONNOR**
**UNITED STATES DISTRICT JUDGE**