## <u>DECLARATION OF IVAN ISIDORE WILLIAMS</u>

My name is Ivan Isidore Williams. I am over the age of 18 and fully competent to make this declaration.

1.      I am an African-American farmer who is a member of the National Black Farmers Association (NBFA). I want the NBFA to represent my interests in this lawsuit.

2.      I live in Beulaville, NC, where I was also born and raised. Beulaville is rural town of approximately 1,296 people in the southeastern part of North Carolina.

3.      I operate a farm of over 65 acres in Beulaville, where I grow soybeans and corn. I own some of my land, and also lease a portion of my land. I am a third-generation farmer who has operated this farm for over 40 years. I am 60 years old.

4.      In addition to farming, I typically work a second job to supplement my income. For example, I have worked at a textile plant performing manufacturing work and I have also worked as a meter reader at a utility company. I presently work a manufacturing job at a fiber optic plant.

5.      Around the year 2000, I took out USDA loans in the amount of approximately $40,000. I used the loans for operating expenses and purchasing farm equipment.

6.      As of January 1, 2021, the outstanding balance on my loan was approximately $12,000.

7.      Generally, I have timely made my payments on my loan. However, I have also missed payments or been late on payments due to a variety of factors that affected my farming business, including drought, floods, or other difficulties harvesting my crop. When I have been late on my payments, I have received letters from USDA warning about potential foreclosure on my property.

EXHIBIT 4

8.      I believe I have experienced racial discrimination from USDA representatives. For example, in the past, I have attempted to take out additional USDA loans to operate my farm and upgrade my equipment. However, USDA representatives discouraged me from applying for additional loans by telling me I would be ineligible because I already had existing USDA loans. To my knowledge, white farmers in my area have routinely been able to take out additional USDA loans even though they similarly have existing USDA loan balances.

9.      I believe I am eligible for loan forgiveness under Section 1005 of the American Rescue Plan Act because I am a socially disadvantaged farmer who has an outstanding balance on a loan with USDA.

10.      In fact, last month, I received a letter from USDA regarding the issue of loan forgiveness. I then followed up regarding the issue with my local USDA representative, and he informed me that my outstanding balance would be forgiven. When I found out that my loan was going to be forgiven, I looked forward to repurposing money that I would have used to make my annual loan payment toward other important life expenses, such as the mortgage payment on my residential home.

11.      If Section 1005 is enjoined, I would therefore suffer injury.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _06-08-2021_____          By: _Ivan Isidore Williams____
                                          IVAN ISIDORE WILLIAMS

EXHIBIT 4