IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SID MILLER, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-cv-0595-O |
| **TOM VILSACK,** *in his official capacity as Secretary of Agriculture*, | § § § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is third parties National Black Farmers Association's and the Association of American Indian Farmers' Motion for Leave to File Amicus Curiae Brief in Opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 29), filed June 11, 2021. Having considered the Motion, and good cause having been shown, the Court finds that it should be and is **GRANTED**.

Accordingly, the Clerk of Court is **directed** to file on the docket the Proposed Amicus Brief enclosed in the parties' Motion for Leave. *See* Mot. 3–6, ECF No. 29.

**SO ORDERED** this **14th day** of **June 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE