UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

SID MILLER ON BEHALF OF HIMSELF

AND OTHERS SIMILARLY SITUATED

                Plaintiffs                  CASE NO. 4;21CV-00595

TOM VILSACK IN HIS OFFICIAL CAPACITY AS

SECRETARY OF AGRICULTURE

                Defendant

MOTION TO INTERVENE

LEE PERRY: FILES THIS MOTION TO INTERVENE: as a third person not originally a party to this suit, but claiming an interest in the subject matter, comes into this case in order to protect his right or interpose his claim. The grounds on which are Fed. R. Civil P. 24; 28 U.S.C. 2403. Intervention exists as a matter under (Rule 24(a).

1. Lee Perry agree with Plaintiffs that the U.S. Constitution abhors classifications based on race......because every time the government places citizens on racial registers and makes race relevant to the provisions of burdens or benefits, it demeans us all. Grutter v. Bollinger, 539 U.S. 306, 353 (2003).

1

2. In March 2021 the United States stayed with the principle of equality and made the correct decision to pay **damages** Myers v. Stevenson, 43 Cal. Rptr. 420 433,233, C.A.2d 104, Jordon v. Bero, 158 W.Va. 28, 210 S.E.2d 618, 631 for **Discrimination** Baker v. California Land Title Co. D.C. Cal. 349 F. Supp. 235, 238, 239 which is illegal against Black Farmers that lost over 14 million acres of land and mineral rights to most of the complainants in this case.

3. When White Farmers were the recipients and benefited from the discrimination against Black Farmers there were not any complaints.

4. Lee Perry Federal lawsuit No. 20-20277 currently in the 5th Circuit Court of Appeals for Discrimination and Violation of Civil Rights takes issue that all White Farmers that were a part of the Bankhead-Jones Farm Tenant Act, as amended by the Farmers Home Administration Act of 1946 and supplements thereto (50 Stat. 522; 60 Stat. 1062; 62 Stat. 534) 7 U.S.C.A., Sections 1000-1032, and in accordance with delegation of authority published in the Federal Register for December 31, 1948 (13 F. R. 9377), the contents of which publication are to be **judicially** noticed pursuant to 44 U.S.C., Section 307; conspiracy that whereas our own federal agency U.S.D.A. with participation from other state agencies sold Black Farmers damaged land to develop and make it productive. After full payment and release of lien allowed White Farmers to state that the land belonged to them with the U.S.D.A. only saying we do not get involved in private matters. Most so-called Black sharecropper, or tenant farmers purchased their land and had it stolen by White Farmers with direct participation from the U.S.D.A.

5. Millions of acres were stolen and are currently still being held by the same White Farmers that participated. It is like a tale of 2 cities. When you are the monetary recipient from discrimination. It is also ok, but when it is reversed you cry illegal. This is not the case. The 5 billion is just a small part of actual damages in the form of loan money.

Any monies awarded to Black Farmers are for **damages** for land and mineral rights knowingly and intentionally taken illegally.

6. Lee Perry has worked as a Joint Venture Auditor for 48 years and owns mineral rights and land rights that are a part of the 14 million taken illegally. No other race in America has lost over 14 million acres of land and mineral rights that were

originally purchased from our own Federal Agency the U.S.D.A.

7. The Attorney General of the United States is the legal representative of the U.S.D.A. and has a duty to investigate the claim made against the subject federal agency. He also has a legal duty to investigate a U.S. Citizen federal question of: Did the U.S.D.A. discriminate against Lee Perry in the taking of his property in violation of the 14th Amendment, and 1871 civil rights. The Attorney General office had every opportunity to tell the U.S.D.A. to say no that they did not discriminate against Black Farmers.  Facts and evidence say they did discriminate against Black Farmers.

## RELIEF REQUESTED

INTERVENTOR respectfully request that this Court:

A. Deny Plaintiffs in this case a temporary or a preliminary injunction because the monies that they refer to are not monies for the general public of any race. The money is for damages for illegal discrimination by a federal Agency to be paid specifically to the group that was discriminated against in the form of loans.

B. Do not enter a declaratory judgement that racial classification was unconstitutional. The only part of the whole issue that has to do with race is the discrimination of Black Farmers by government agencies. White Farmers are already the beneficiaries and continue to benefit from current monies made from farm operations and especially revenues from oil and gas operation on the stolen land.

C. Do not award Plaintiffs anything.

D. Dismiss this frivolous case because it has no basis.

3

Respectfully submitted

*Lee Perry* (signature)

Lee Perry Attorney Pro-Se

P.O. Box 524203

Houston, Texas 77052

(713) 876-4571

## CERTIFICATE OF SERVICE

INTERVENOR LEE PERRY Hereby Certify that on the 18th day of June 2021, a true and correct copy of the foregoing document was served by e-mail and certified return receipt to counsel of record in accordance with Federal Rules of Civil Procedure.

Jonathan F. Mitchell Law PLLC

111 Congress Avenue Suite 400

Austin, Texas 78701

(512) 686-3940

*Lee Perry* (signature)







Align top of FedEx Express® shipping label here.

```
ORIGIN ID:SGRA  (713) 876-4571      SHIP DATE: 18JUN21
LEE PERRY                           ACTWGT: 0.15 LB
                                    CAD: 6891369/SSF02202
15330 BAMMEL N HOU RD APT 422
HOUSTON, TX 77014                   BILL CREDIT CARD
UNITED STATES US
TO  CLERK OF COURT

    501 W 10TH ST STE 310

    FORT WORTH TX 76102
(713) 876-4571       REF:
                     DEPT:
```



FedEx Express
**E**

TRK# 2805 5879 6030        MON - 21 JUN 4:30P
0201                       STANDARD OVERNIGHT

**XH GLEA**                76102
                           TX-US  DFW



Do not ship liquids, blood or clinical specimens in this packaging.



This envelope is only for FedEx Express® shipments.

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com** for packing tips.

Check your FedEx Express shipping document, the current FedEx Service Guide or the conditions of carriage for complete terms, conditions and limits of liability.

© 2020 FedEx 155475/155476 REV 11/20



Please recycle. See how we're connecting the world in responsible and resourceful ways at **sustainability.fedex.com**.

▼ Insert shipping document here.