IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SID MILLER, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-cv-0595-O |
| **TOM VILSACK,** *in his official capacity as Secretary of Agriculture*, | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court are Plaintiffs' Motion for Preliminary Injunction (ECF Nos. 17–18), filed June 2, 2021; the Government's Response (ECF No. 27), filed June 11, 2021; and Plaintiffs' Reply (ECF No. 42), filed June 18, 2021. Plaintiffs seek to enjoin the Department of Agriculture from providing loan forgiveness to farmers and ranchers on the basis of race or ethnicity. *See* Mot., ECF No. 18.

A preliminary-injunction hearing will be held on **June 30, 2021, at 2:00 P.M**. in the Eldon B. Mahon Courthouse, 501 W. 10th Street, 2nd floor courtroom, Fort Worth, Texas.

**SO ORDERED** this **28th day** of **June 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE