IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SID MILLER, *et al.*, | ) |
|     *Plaintiffs*, | ) |
| v. | ) Civil Action No. 4:21-cv-595-O |
| TOM VILSACK, in his official capacity as SECRETARY OF AGRICULTURE, | ) |
|     *Defendant*. | ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Partial Motion to Dismiss and the supporting and responding briefs thereto, Defendant's Motion is HEREBY GRANTED. It is FURTHER ORDERED that:

a) Insofar as any claim challenges any program other than that authorized by ARPA § 1005, such claims are DISMISSED for want of jurisdiction;

b) Claims 2 and 3 are DISMISSED for want of jurisdiction; and

c) Insofar as Claim 1 raises a claim under Title VI, such claim under Title VI is DISMISSED WITH PREJUDICE.

Dated: _____

                                                                                 REED CHARLES O'CONNOR
                                                                                  United States District Judge