IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SID MILLER, et al.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | |
| § | Civil Action No. 4:21-cv-0595-O |
| **TOM VILSACK,** *in his official capacity as* § | |
| *Secretary of Agriculture*, § | |
| § | |
| **Defendant.** § | |

# ORDER

Before the Court are the Government's Notice, informing the Court of its interpretation of this Court's injunction Order (ECF No. 60); filed July 2, 2021; Plaintiffs' Response (ECF No. 63), filed July 5, 2021; Plaintiffs' Motion to Amend (ECF No. 64), filed July 5, 2021; and the Government's Reply (ECF No. 65), filed July 6, 2021. Plaintiffs may file a sur-reply **by July 8, 2021**.

Additionally, the Court **ORDERS** the parties to meet and confer and submit a joint report **by July 16, 2021**, informing the Court how this case will proceed. In addition to anything else the parties find pertinent, the report should address a proposed plan for the conduct of discovery, Plaintiffs' notification of class members, and whether the parties anticipate the case going to trial.

**SO ORDERED** this **7th day** of **July 2021**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE