IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SID MILLER, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-0595-O |
| | § | |
| **TOM VILSACK, in his official capacity as Secretary of Agriculture,** | § § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Deadline to Respond to Defendants' Motion to Dismiss (ECF No. 71), filed July 16, 2021. The Court, having considered the Motion, finds that it should be and is hereby **GRANTED**. The new response date shall be the seventh day after the defendants either file a notice of interlocutory appeal or the time for seeking such an appeal expires.

**SO ORDERED** this **20th day** of **July, 2021**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE