IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SID MILLER, et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-0595-O |
| § | |
| **TOM VILSACK, in his official capacity** § | |
| **as Secretary of Agriculture,** § | |
| § | |
| Defendant. § | |

## ORDER

The Court, having considered the Parties' Joint Stipulation (ECF No. 83), filed September 21, 2021, hereby **ORDERS** as follows:

1) Plaintiffs' deadline to respond to Defendant's Partial Motion to Dismiss (ECF No. 49) is **STAYED**.

2) Plaintiffs shall file a Second Amended Complaint on or before September 24, 2021.

3) In accordance with the parties' Joint Scheduling Statement (ECF No. 70) and their Joint Stipulation filed September 21, 2021, the Court sets the following deadlines for further litigation of the class claims challenging § 1005 of the American Rescue Plan Act:

   a. The Parties shall exchange any initial expert reports on December 17, 2021.

   b. The Parties shall exchange any rebuttal expert reports on January 14, 2022.

   c. Any expert depositions shall be completed no later than February 11, 2022.

   d. The Parties shall file cross-motions for summary judgment no later than March 11, 2022.

   e. The Parties shall file response briefs no later than April 1, 2022.

**SO ORDERED** on this **22nd** of **September, 2021**.

*[Signature: Reed O'Connor]*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**