IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SID MILLER, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-0595-O |
| | § | |
| TOM VILSACK, in his official capacity as Secretary of Agriculture, | § § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Extend Deadline for Responding to the Defendants' Motion to Dismiss (ECF No. 119), filed October 23, 2021. Noting the motion is unopposed, the Court **GRANTS** the motion. Accordingly, the Court **ORDERS** that Plaintiffs file their response to Defendant's Motion to Dismiss on or before **November 10, 2021**.

**SO ORDERED** on this **25th day** of **October, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE