UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SID MILLER, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-0595-O |
| § | |
| TOM VILSACK, in his official capacity § | |
| as Secretary of Agriculture, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Third Amended Complaint (ECF No. 131), filed November 10, 2021. Defendant had previously filed a Partial Motion to Dismiss arguing that the Court should dismiss Plaintiffs' Title VI claim because Title VI does not apply to Defendant. *See* Def.'s Mot. to Dismiss, ECF No. 89. Plaintiffs' amended complaint drops their Title VI claim. Noting the motion is unopposed, the Court **GRANTS** the Motion. Accordingly, Defendant's Motion to Dismiss (ECF No. 89) is **DISMISSED as moot**.

The Clerk is **DIRECTED** to file the document attached as Exhibit 2 to the Motion as Plaintiff's Third Amended Complaint (ECF No. 131-2).

**SO ORDERED** this **12th day** of **November 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE