# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| SID MILLER et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> TOM VILSACK, in his official capacity as Secretary of Agriculture, <br><br> *Defendant.* | No. 4:21-cv-00595-O |

## NOTICE OF APPEAL

Notice is hereby given that Proposed Defendant-Intervenor Federation of Southern Cooperatives/Land Assistance Fund ("the Federation") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's December 8, 2021 order (Dkt. No. 143) denying the Federation's motion to intervene (Dkt. No. 93).

Dated: December 17, 2021

Respectfully submitted,

*/s/ Chase J. Cooper*
Chase J. Cooper
TX Bar No. 24087342
ccooper@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
P: 214-453-6500

George C. Lombardi *(PHV)*
Illinois Bar No. 6187715
glombardi@winston.com
Julie A. Bauer *(PHV)*
Illinois Bar No. 6191271
jbauer@winston.com
Rebecca Carter *(PHV)*
Illinois Bar No. 6335662
rcarter@winston.com
WINSTON & STRAWN LLP

35 West Wacker Drive
Chicago, IL 60601
P: 312-558-5600

Kobi K. Brinson *(PHV)*
NC Bar No. 23827
kbrinson@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC  28202
P: 704-350-7700

Janelle Li-A-Ping *(PHV)*
California Bar No. 330805
jliaping@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA  90071
P: 213-615-1700

Jon Greenbaum *(PHV)*
California Bar No. 166733
jgreenbaum@lawyerscommittee.org
Dorian L. Spence *(PHV)*
Maryland Bar No. 0912170195
dspence@lawyerscommittee.org
Maryum Jordan *(PHV)*
California Bar No. 325447
mjordan@lawyerscommittee.org
Phylicia Hill *(PHV)*
Alabama Bar No. 5749J00X
phill@lawyerscommittee.org
Noah Baron *(PHV)*
DC Bar No. 1048319
nbaron@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
P: 202-662-8600

Mark D. Rosenbaum *(PHV)*
California Bar. No. 59940
mrosenbaum@publiccounsel.org
Nisha Kashyap *(PHV)*
California Bar No. 301934

nkashyap@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Ave.
Los Angeles, CA 90005
P: 213-385-2977

*Counsel for The Federation of Southern Cooperatives/Land Assistance Fund*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the court's CM/ECF system on December 17, 2021, which will serve all counsel of record.

                                    */s/ Chase J. Cooper*
                                    Chase J. Cooper