UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SID MILLER, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-0595-O |
| | § | |
| **TOM VILSACK, in his official capacity as Secretary of Agriculture,** | § § | |
| | § | |
| Defendant. | § | |

## ORDER

On December 22, 2022, the Federation of Southern Cooperatives/Land Assistance Fund filed an Emergency Motion to Stay Proceedings Pending Appeal and Request for Expedited Briefing (ECF No. 148). The Federation requests expedited briefing and voluntarily waives its right to file a reply. The Court **ORDERS** that the parties file responses to the Federation's Motion to Stay Proceedings on or before **December 29, 2021**.

**SO ORDERED** on this **23rd day** of **December, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE