UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Sid Miller**, et al., | |
| Plaintiffs, | |
| v. | Case No. 4:21-cv-00595-O |
| **Tom Vilsack**, in his official capacity as Secretary of Agriculture, | |
| Defendant. | |

**PLAINTIFFS' RESPONSE TO MOTION TO STAY PROCEEDINGS**

The plaintiffs continue to believe that the Court was correct to deny intervention, and they will vigorously defend the Court's ruling before the Fifth Circuit. But in light of the Fifth Circuit's recent decision to expedite the Federation's appeal, which ensures that the case will be argued at the next available argument sitting, the plaintiffs take no position on the Federation's request to stay proceedings and leave the matter to the discretion of the Court. The plaintiffs had previously opposed a stay of proceedings out of concern that it would unduly delay the Court's eventual resolution of this case, but the Fifth Circuit's scheduling order has allayed those concerns and assures us that the Federation's interlocutory appeal will be resolved expeditiously.

Respectfully submitted.

GENE P. HAMILTON
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

H. DUSTIN FILLMORE III
Texas Bar No. 06996010
CHARLES W. FILLMORE
Texas Bar No. 00785861
The Fillmore Law Firm, L.L.P.
201 Main Street, Suite 801
Fort Worth, Texas 76102
(817) 332-2351 (phone)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

Dated: December 29, 2021

*Counsel for Plaintiffs and
the Certified Class*

## CERTIFICATE OF SERVICE

    I certify that on December 29, 2021, I served this document through CM/ECF upon:

Emily Sue Newton
Kyla M. Snow
Michael F. Knapp
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-8356 (phone)
(202) 616-8460 (fax)
emily.s.newton@usdoj.gov
kyla.snow@usdoj.gov
michael.f.knapp@usdoj.gov

*Counsel for Defendants*

                                          /s/ Jonathan F. Mitchell
                                         Jonathan F. Mitchell
                                         *Counsel for Plaintiffs and*
                                         *the Certified Class*