**FILED**

**January 7, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

# United States Court of Appeals
# for the Fifth Circuit

————————

No. 21-11271

————————

Sid Miller, *On behalf of himself and others similarly situated*;
Greg Macha; James Meek;
Lorinda O'Shaughnessy; Jeff Peters,

*Plaintiffs—Appellees*,

*versus*

Tom Vilsack, *In his official capacity as*
Secretary of Agriculture,

*Defendant—Appellee*,

*versus*

Federation of Southern Cooperatives/
Land Assistance Fund,

*Movant—Appellant*.

————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-595-O

————————————————

Before Smith, Higginson, and Willett, *Circuit Judges*.
Per Curiam:

IT IS ORDERED that appellant's opposed emergency motion to
stay district court proceedings is DENIED.