UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SID MILLER, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-0595-O |
| | § | |
| **TOM VILSACK, in his official capacity as Secretary of Agriculture,** | § § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Amend Discovery Deadlines (ECF No. 163), filed February 4, 2022. The parties request that the Court extend the deadline for exchanging rebuttal expert reports; they have agreed to forgo depositions to avoid altering the briefing schedule. The Court **GRANTS** the motion and **ORDERS** that the deadline for exchanging rebuttal expert reports is extended to **February 25, 2022**.

**SO ORDERED** on this **4th day** of **February, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE