IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SID MILLER, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TOM VILSACK, in his official capacity as SECRETARY OF AGRICULTURE, <br><br> Defendant. | Civil Action No. 4:21-cv-595-O |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendants Thomas J. Vilsack, in his official capacity as Secretary of Agriculture, and Zach Ducheneaux, in his official capacity as Administrator, Farm Services Agency, by counsel and pursuant to Fed. R. Civ. P. 56, for the reasons stated in the accompanying brief, move for summary judgment on the grounds that no dispute of material fact exists and Defendants are entitled to judgment as a matter of law on all claims.

Dated: March 11, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

/s/ Kyla M. Snow
KYLA M. SNOW (Ohio Bar No. 96662)
MICHAEL F. KNAPP (Cal. Bar No. 314104)
ALEXANDER V. SVERDLOV
Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 514-3259
Fax: (202) 616-8470
Email: kyla.snow@usdoj.gov

*Counsel for Defendants*

**Certificate of Service**

On March 11, 2022, I electronically submitted the foregoing document using the emergency filing procedures for the U.S. District Court, Northern District of Texas. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                /s/ Kyla M. Snow
                                                KYLA M. SNOW
                                                United States Department of Justice