UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SID MILLER, et al., on behalf of themselves and others similarly situated, | § § § § § | |
| Plaintiffs, | | |
| v. | § § | Civil Action No. 4:21-cv-0595-O |
| TOM VILSACK, in his official capacity as Secretary of Agriculture, | § § § § | |
| Defendant. | § | |

### ORDER

Before the Court is The National Black Farmers Association's and the Association of American Indian Farmers' Motion for Leave to Intervene as Defendants (ECF No. 172), filed March 18, 2022. The putative intervenors indicate that the parties oppose the motion. The Court thus **ORDERS** the parties to respond to the motion by **April 4, 2022**. The putative intervenors may file a reply by **April 11**.

SO ORDERED on this **21st day** of **March, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE