**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **SID MILLER, et al., on behalf of themselves and others similarly situated,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Civil Action No. 4:21-cv-0595-O** |
| **TOM VILSACK, in his official capacity as Secretary of Agriculture,** | § § § | |
| **Defendant.** | § | |

## ORDER

Before the Court is the Agreed Motion to Extend Briefing Deadlines (ECF No. 173), filed March 20, 2022. The Court **GRANTS** the motion and **ORDERS** the following deadlines regarding the Motion to Intervene (ECF No. 172):

1) Plaintiffs shall file any brief in opposition on or before **April 15, 2022**.

2) Defendant shall file any brief in opposition on or before **April 15, 2022**.

3) Proposed Intervenors shall file a reply brief, if any, on or before **April 29, 2022**.

   **SO ORDERED** on this **21st day** of **March, 2022**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**