UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SID MILLER, et al., on behalf of themselves and others similarly situated, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 4:21-cv-0595-O |
| TOM VILSACK, in his official capacity as Secretary of Agriculture, | | |
| Defendant. | | |

## ORDER

Before the Court is The National Black Farmers Association's and the Association of American Indian Farmers' Unopposed Motion for Leave to File Amicus Brief (ECF No. 171), filed March 18, 2022. Noting the motion is unopposed, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to file the exhibit attached to the motion (ECF No. 171-1) as the amici curiae brief.

**SO ORDERED** on this **22nd day** of **March, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE