UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SID MILLER, et al., on behalf of themselves and others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-0595-O |
| TOM VILSACK, in his official capacity as Secretary of Agriculture, | § § § § | |
| Defendant. | § | |

# ORDER

Before the Court is the Joint Motion to Suspend Summary-Judgment Briefing Schedule (ECF No. 182), filed March 30, 2022. The Court **GRANTS** the motion, **STAYS** the summary judgment briefing deadlines, and **ORDERS** the parties to submit a status report by **April 1, 2022**, that proposes an amended briefing schedule.

**SO ORDERED** on this **31st day** of **March, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE