# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **SID MILLER, et al., on behalf of** | § | |
| **themselves and others similarly situated,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-0595-O** |
| | § | |
| **TOM VILSACK, in his official capacity** | § | |
| **as Secretary of Agriculture,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Following the judgment of the United States Court of Appeals for the Fifth Circuit, the Court **GRANTS** the Federation of Southern Cooperatives/Land Assistance Fund's motion to intervene (ECF No. 93) and **DIRECTS** the Clerk of Court to add the Federation as a party.

**SO ORDERED** on this **5th day** of **April, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE