UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SID MILLER, et al., on behalf of themselves and others similarly situated, § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | |
| v. | Civil Action No. 4:21-cv-0595-O |
| TOM VILSACK, in his official capacity as Secretary of Agriculture, | |
| Defendant, | |
| FEDERATION OF SOUTHERN COOPERATIVES/LAND ASSISTANCE FUND, | |
| Intervenor Defendant. | |

## ORDER

Before the Court is the Federation's Motion for Reconsideration (ECF No. 187), filed April 13, 2022. To expedite resolution of the motion, the Court **ORDERS** Plaintiffs and the Government to respond no later than **April 20, 2022**. The Federation may file a reply within 24 hours of the other parties' responses.

**SO ORDERED** on this **14th day** of **April, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE