UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Sid Miller**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Tom Vilsack**, in his official capacity as Secretary of Agriculture, <br><br> Defendant. | Case No. 4:21-cv-00595-O |

### Plaintiffs' Response To The National Black Farmers Association's And The Association Of American Indian Farmers' Motion To Intervene As Defendant

In light of the Fifth Circuit's ruling of March 22, 2022, which allowed the Federation of Southern Cooperatives/Land Assistance Fund to intervene as a defendant, the plaintiffs do not oppose the motion for intervention filed by the National Black Farmers Association and the Association of American Indian Farmers.

Respectfully submitted.

Gene P. Hamilton
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

H. Dustin Fillmore III
Texas Bar No. 06996010
Charles W. Fillmore
Texas Bar No. 00785861
The Fillmore Law Firm, L.L.P.
201 Main Street, Suite 801

*/s/ Jonathan F. Mitchell*
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Fort Worth, Texas 76102
(817) 332-2351 (phone)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

Dated: April 15, 2022

*Counsel for Plaintiffs and
the Certified Classes*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2022, I filed this document through the court's CM/ECF system, which will serve all counsel of record.

/s/ Jonathan F. Mitchell<br>
JONATHAN F. MITCHELL<br>
<em>Counsel for Plaintiffs and<br>
the Certified Classes</em>