UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SID MILLER, et al., *Plaintiffs*, v. TOM VILSACK, in his official capacity as Secretary of Agriculture, *Defendant*. | No. 4:21-cv-00595-O |

## THE FEDERATION'S MOTION TO COMPEL PRODUCTION OF COMPLETE LOAN DATA AND FOR EXTENSION OF DEADLINES AND REQUEST FOR EXPEDITED BRIEFING AND DECISION

For the reasons given in the accompanying brief, the Federation of Southern Cooperatives/Land Assistance Fund (the "Federation") moves the Court to:

(1) Compel the Secretary of Agriculture to disclose the loan data requested by the Federation in accordance with this Court's Scheduling Order directing "[l]oan data disclosure" by April 15, 2022; and

(2) Extend the expert-designation deadline and all current deadlines thereafter by the difference in the number of days between the date of the Secretary's original production and either the date on which the Secretary produces the loan data the Federation has requested, or, in the event the Secretary contends such data does not exist or cannot reasonably be discovered, the date on which the Secretary so declares under penalty of perjury following a reasonably diligent search that is specifically described in his declaration.

Given the fast-approaching case deadlines, the Federation requests that the Court set an expedited briefing schedule and order the filing of any responses by May 20, 2022. In the interest of expediency, the Federation waives its right to file a reply.

Dated: May 13, 2022                                  Respectfully submitted,

/s/ Chase J. Cooper
Chase J. Cooper
TX Bar No. 24087342
ccooper@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
P: 214-453-6500

George C. Lombardi *(admitted pro hac vice)*
Illinois Bar No. 6187715
glombardi@winston.com
Julie A. Bauer *(admitted pro hac vice)*
Illinois Bar No. 6191271
jbauer@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
P: 312-558-5600

Kobi K. Brinson *(admitted pro hac vice)*
NC Bar No. 23827
kbrinson@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
P: 704-350-7700

Andrew E. Tauber (*pro hac vice forthcoming*)
NY Bar No. 3905676
atauber@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C. 20036
P: 202-282-5000

Janelle Li-A-Ping *(admitted pro hac vice)*
California Bar No. 330805
jliaping@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
P: 213-615-1700

*/s/ Dorian L. Spence*
Jon Greenbaum *(admitted pro hac vice)*
California Bar No. 166733
jgreenbaum@lawyerscommittee.org
Dorian L. Spence *(admitted pro hac vice)*
Maryland Bar No. 0912170195
dspence@lawyerscommittee.org
Phylicia Hill *(admitted pro hac vice)*
Alabama Bar No. 5749J00X
phill@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
P: 202-662-8600


*/s/ Mark D. Rosenbaum*
Mark D. Rosenbaum *(admitted pro hac vice)*
California Bar. No. 59940
mrosenbaum@publiccounsel.org
Nisha Kashyap *(admitted pro hac vice)*
California Bar No. 301934
nkashyap@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Ave.
Los Angeles, CA 90005
P: 213-385-2977

***Counsel for Intervenor of Right The Federation of Southern Cooperatives/Land Assistance Fund***

3

## CERTIFICATE OF CONFERENCE

As for the request to compel loan data, on May 4, 2022 and May 9, 2022, counsel for the Federation and counsel for the Secretary conferred about the deficiencies in the loan data the Secretary has produced. Counsel for the Federation stated that the Federation would move to compel if the Secretary did not supply the information the Federation's expert requested. Counsel for the Secretary stated that the Secretary would not be providing any of the data requested by the Federation because it is beyond the scope of the Court's Scheduling Order.

As for the extension request, on May 12, 2022, counsel for Plaintiffs and counsel for the Secretary indicated via email that Plaintiffs and the Secretary do not oppose a two-week extension of expert deadlines so long as that extension does not affect current summary-judgment deadlines; however, counsel for Plaintiffs and counsel for the Secretary indicated that Plaintiffs and the Secretary oppose any extension that would affect the current summary-judgment deadlines. Counsel for the other Intervenors—the National Black Farmers Association and the Association of American Indian Farmers—indicated that the other Intervenors do not oppose a two-week extension of expert deadlines.

*/s/ Chase J. Cooper*
Chase J. Cooper

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the court's CM/ECF system on May 13, 2022, which will serve all counsel of record.

*/s/ Chase J. Cooper*
Chase J. Cooper