# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **SID MILLER, et al., on behalf of themselves and others similarly situated,** § § § | |
| **Plaintiffs,** § § | |
| v. § § | Civil Action No. 4:21-cv-0595-O |
| **TOM VILSACK, in his official capacity as Secretary of Agriculture,** § § § § | |
| **Defendant,** § § § | |
| **FEDERATION OF SOUTHERN COOPERATIVES/LAND ASSISTANCE FUND; NATIONAL BLACK FARMERS ASSOCIATION (NBFA); ASSOCIATION OF AMERICAN INDIAN FARMERS (AAIF),** § § § § § § § § | |
| **Intervenor Defendants.** § | |

## ORDER

Before the Court is the Federation's Motion to Compel Production of Complete Loan Data and for Extension of Deadlines and Request for Expedited Briefing and Decision (ECF No. 199), filed May 13, 2022. To expedite resolution of the motion, the Court **ORDERS** the Government to respond to the motion no later than May 18, 2022.

**SO ORDERED** on this **14th day** of **May, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE