UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SID MILLER, et al., on behalf of themselves and others similarly situated, | § § § § § | |
| Plaintiffs, | | |
| v. | § § | Civil Action No. 4:21-cv-0595-O |
| TOM VILSACK, in his official capacity as Secretary of Agriculture, | § § § § | |
| Defendant, | § § | |
| FEDERATION OF SOUTHERN COOPERATIVES/LAND ASSISTANCE FUND; NATIONAL BLACK FARMERS ASSOCIATION (NBFA); ASSOCIATION OF AMERICAN INDIAN FARMERS (AAIF), | § § § § § § § | |
| Intervenor Defendants. | § | |

## ORDER

Before the Court is the Federation's Motion to Certify Orders for Interlocutory Appeal (ECF No. 203), filed May 27, 2022. To expedite resolution of the motion, the Court **ORDERS** that any responses to the motion are due on or before June 2, 2022.

**SO ORDERED** on this **27th day** of **May, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE