UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| **Sid Miller**, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>**Tom Vilsack**, in his official capacity as Secretary of Agriculture,<br><br>                    Defendant. | Case No. 4:21-cv-00595-O |

### PLAINTIFFS' RESPONSE TO THE FEDERATION'S MOTION TO CERTIFY ORDERS FOR INTERLOCUTORY APPEAL

The plaintiffs agree with and respectfully incorporate by reference the arguments presented in the government's response (ECF No. 205). The motion to certify orders for interlocutory appeal should be denied.

                                                    Respectfully submitted.

                                                    /s/ Jonathan F. Mitchell

| | |
|---|---|
| Gene P. Hamilton | Jonathan F. Mitchell |
| Virginia Bar No. 80434 | Texas Bar No. 24075463 |
| Vice-President and General Counsel | Mitchell Law PLLC |
| America First Legal Foundation | 111 Congress Avenue, Suite 400 |
| 300 Independence Avenue SE | Austin, Texas 78701 |
| Washington, DC 20003 | (512) 686-3940 (phone) |
| (202) 964-3721 | (512) 686-3941 (fax) |
| gene.hamilton@aflegal.org | jonathan@mitchell.law |

H. Dustin Fillmore III
Texas Bar No. 06996010
Charles W. Fillmore
Texas Bar No. 00785861
The Fillmore Law Firm, L.L.P.
201 Main Street, Suite 801
Fort Worth, Texas 76102
(817) 332-2351 (phone)

(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

Dated: June 2, 2022

*Counsel for Plaintiffs and
the Certified Class*

## CERTIFICATE OF SERVICE

I certify that on June 2, 2022, I served this document through CM/ECF upon:

KYLA M. SNOW
MICHAEL F. KNAPP
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-8356 (phone)
(202) 616-8460 (fax)
kyla.snow@usdoj.gov
michael.f.knapp@usdoj.gov

*Counsel for Defendants*

CHASE J. COOPER
Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, Texas 75201
214-453-6500 (phone)
ccooper@winston.com

*Counsel for Intervenor*
*The Federation of Southern*
*Cooperatives/Land Assistance Fund*

                                                           /s/ Jonathan F. Mitchell
                                                          JONATHAN F. MITCHELL
                                                          *Counsel for Plaintiffs and*
                                                          *the Certified Class*