**FILED**
**June 23, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

_____

No. 22-10600

_____

In re Federation of Southern Cooperatives/Land Assistance Fund,

*Petitioner.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-595-O

_____

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the petition for writ of mandamus is DENIED because a postjudgment appeal is an adequate opportunity to challenge this type of discovery ruling.



**A True Copy**
**Certified order issued Jun 23, 2022**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**