# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **SID MILLER, et al.**, on behalf of themselves and others similarly situated, | § § § § § | |
| Plaintiffs, | | |
| v. | § § | Civil Action No. 4:21-cv-0595-O |
| **TOM VILSACK**, in his official capacity as Secretary of Agriculture, | § § § § | |
| Defendant, | § § | |
| **FEDERATION OF SOUTHERN COOPERATIVES/LAND ASSISTANCE FUND; NATIONAL BLACK FARMERS ASSOCIATION (NBFA); ASSOCIATION OF AMERICAN INDIAN FARMERS (AAIF),** | § § § § § § § | |
| Intervenor Defendants. | § | |

## ORDER

Before the Court is the Joint Motion for Clarification of Scheduling Order (ECF No. 215), filed July 7, 2022. The Court construes the request as a motion to amend the scheduling order, finds good cause to amend, **GRANTS** the motion, and **ORDERS** that summary judgment briefs are due **July 18, 2022**.

**SO ORDERED** on this **8th day** of **July, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE