UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Sid Miller**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Tom Vilsack**, in his official capacity as Secretary of Agriculture, <br><br> Defendant. | Case No. 4:21-cv-00595-O |

## MOTION FOR SUMMARY JUDGMENT

Plaintiffs Sid Miller, Greg Macha, James Meek, Jeff Peters, and Lorinda O'Shaughnessy, on behalf of themselves and the certified classes that they represent, respectfully move for summary judgment, as there are no genuine issues of material facts and the plaintiffs are entitled to judgment as a matter of law.

## SUMMARY

In conformity with Local Rule 56.3(a)(1), the plaintiffs state the elements of each claim on which summary judgment is sought:

**Claim: The Department of Agriculture is violating the Constitution by classifying and discriminating on the basis of race in administering section 1005 of the American Rescue Plan Act.** The Constitution prohibits the federal government from discriminating on account of race or ethnicity. *See Bolling v. Sharpe*, 347 U.S. 497 (1954). All government-imposed racial classifications are "presumptively invalid"[1] and "inherently suspect,"[2] and they must be declared unconstitutional unless the

---

1. *Personnel Administrator of Massachusetts v. Feeney*, 442 U.S. 256, 272 (1979).
2. *Adarand Constructors, Inc. v. Pena*, 515 U.S. 200, 223 (1995) (citation and internal quotation marks omitted).

government proves that a racial classification is "narrowly tailored" and "furthers compelling governmental interests." *Johnson v. California*, 543 U.S. 499, 505 (2005) (citation and internal quotation marks omitted).

It is undisputed that the defendants are discriminating on account of race in their administration of section 1005 of the American Rescue Plan Act, and there are no genuine issues of material fact with respect to this question. Whether these racial classifications are "narrowly tailored" and "further compelling governmental interests" are questions of law for the Court to resolve.

                                                                                   Respectfully submitted.

                                                                                    /s/ Jonathan F. Mitchell

| | |
|---|---|
| GENE P. HAMILTON | JONATHAN F. MITCHELL |
| Virginia Bar No. 80434 | Texas Bar No. 24075463 |
| Vice-President and General Counsel | Mitchell Law PLLC |
| America First Legal Foundation | 111 Congress Avenue, Suite 400 |
| 300 Independence Avenue SE | Austin, Texas 78701 |
| Washington, DC 20003 | (512) 686-3940 (phone) |
| (202) 964-3721 | (512) 686-3941 (fax) |
| gene.hamilton@aflegal.org | jonathan@mitchell.law |

H. DUSTIN FILLMORE III
Texas Bar No. 06996010
CHARLES W. FILLMORE
Texas Bar No. 00785861
The Fillmore Law Firm, LLP
201 Main Street, Suite 801
Fort Worth, Texas 76102
(817) 332-2351 (phone)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

Dated: July 18, 2022                                *Counsel for Plaintiffs and the Certified Classes*

## CERTIFICATE OF SERVICE

I certify that on July 18, 2022, I served this document through CM/ECF upon:

MICHAEL F. KNAPP
KYLA M. SNOW
ALEXANDER V. SVERDLOV
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-8356 (phone)
(202) 616-8460 (fax)
michael.f.knapp@usdoj.gov
kyla.snow@usdoj.gov
alexander.v.sverdlov@usdoj.gov

*Counsel for Defendants*

CHASE J. COOPER
Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, Texas 75201
214-453-6500 (phone)
ccooper@winston.com

*Counsel for Intervenor
The Federation of Southern
Cooperatives/Land Assistance Fund*

DAVID MURASKIN
JESSICA CULPEPPER
1620 L Street NW, Suite 630
Washington, D.C. 20036
(202) 797-8600
dmuraskin@publicjustice.net
jculpepper@publicjustice.net

*Counsel for the National Black Farmers
Association and the Association of
American Indian Farmers*


 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs and
the Certified Classes*