UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SID MILLER, et al., on behalf of themselves and others similarly situated,<br><br>　Plaintiffs,<br><br>v.<br><br>TOM VILSACK, in his official capacity as Secretary of Agriculture,<br><br>　Defendant,<br><br>FEDERATION OF SOUTHERN COOPERATIVES/LAND ASSISTANCE FUND; NATIONAL BLACK FARMERS ASSOCIATION (NBFA); ASSOCIATION OF AMERICAN INDIAN FARMERS (AAIF),<br><br>　Intervenor Defendants. | Civil Action No. 4:21-cv-0595-O |

## ORDER

Before the Court is Plaintiffs' Motion to Extend the Deadline for Responding to the Motions for Summary Judgment (ECF No. 229), filed July 26, 2022. Finding good cause, the Court **GRANTS** the motion, and **ORDERS** that the parties' and intervenors' responses to the summary judgment motions are due **August 16, 2022**.

**SO ORDERED** on this **27th day** of **July, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE