UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SID MILLER, et al.**, on behalf of themselves and others similarly situated, § § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | |
| v. | Civil Action No. 4:21-cv-0595-O |
| **TOM VILSACK**, in his official capacity as Secretary of Agriculture, | |
| Defendant, | |
| **FEDERATION OF SOUTHERN COOPERATIVES/LAND ASSISTANCE FUND; NATIONAL BLACK FARMERS ASSOCIATION (NBFA); ASSOCIATION OF AMERICAN INDIAN FARMERS (AAIF)**, | |
| Intervenor Defendants. | |

## ORDER

Before the Court is the Federation's Unopposed Motion to Stay Summary Judgment Response Deadline (ECF No. 231), filed August 10, 2022. The Federation requests that the Court stay the summary judgment response deadline in light of the Senate passing the Inflation Reduction Act of 2022, H.R. 5376. The Court **GRANTS** the motion and **ORDERS** that the response briefs are due **August 22, 2022**.

**SO ORDERED** on this **10th day** of **August, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE