UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Sid Miller**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Tom Vilsack**, in his official capacity as Secretary of Agriculture, <br><br> Defendant, <br><br> and <br><br> **Federation of Southern Cooperatives/Land Assistance Fund**, et al. <br><br> Intervenors. | Case No. 4:21-cv-00595-O |

## JOINT MOTION TO SUSPEND SUMMARY-JUDGMENT BRIEFING SCHEDULE

On Tuesday, August 16, 2002, the president signed legislation that repeals section 1005 of the American Rescue Plan Act. In light of this new legislation, the parties jointly and respectfully ask the Court to suspend the summary-judgment briefing schedule and order the parties to confer and submit a status report by next Monday, August 29, 2022. A proposed order is attached.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

<div style="display:flex">
<div>

(512) 686-3941 (fax)  
jonathan@mitchell.law

*Counsel for Plaintiffs and  
the Certified Classes*

/s/ Chase J. Cooper  
CHASE J. COOPER  
Texas Bar No. 24087342  
Winston & Strawn LLP  
2121 N. Pearl Street, Suite 900  
Dallas, Texas 75201  
(214) 453-6500 (phone)  
ccooper@winston.com

*Counsel for Intervenor*

/s/ David Muraskin  
DAVID MURASKIN  
1620 L Street NW, Suite 630  
Washington, D.C. 20036  
(202) 797-8600 (phone)  
dmuraskin@publicjustice.net

*Counsel for Intervenor*

Dated: August 22, 2022

</div>
<div>

/s/ Michael F. Knapp  
MICHAEL F. KNAPP  
KYLA M. SNOW  
Trial Attorneys  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street, NW  
Washington, D.C. 20005  
(202) 305-8356 (phone)  
(202) 616-8460 (fax)  
michael.f.knapp@usdoj.gov  
kyla.snow@usdoj.gov

*Counsel for Defendant*

</div>
</div>

## CERTIFICATE OF SERVICE

    I certify that on August 22, 2022, I served this document through CM/ECF upon:

MICHAEL F. KNAPP
KYLA M. SNOW
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-8356 (phone)
(202) 616-8460 (fax)
michael.f.knapp@usdoj.gov
kyla.snow@usdoj.gov

*Counsel for Defendants*

CHASE J. COOPER
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
(214) 453-6500 (phone)
ccooper@winston.com

*Counsel for Intervenor*

DAVID MURASKIN
1620 L Street NW, Suite 630
Washington, D.C. 20036
(202) 797-8600 (phone)
dmuraskin@publicjustice.net

*Counsel for Intervenor*

                                                    /s/ Jonathan F. Mitchell
                                                    JONATHAN F. MITCHELL
                                                    *Counsel for Plaintiffs and*
                                                    *the Certified Classes*