UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Sid Miller**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Tom Vilsack**, in his official capacity as Secretary of Agriculture, <br><br> Defendant, <br><br> and <br><br> **Federation of Southern Cooperatives/Land Assistance Fund**, et al. <br><br> Intervenors. | Case No. 4:21-cv-00595-O |

## JOINT STATUS REPORT

On Tuesday, August 16, 2022, the president signed legislation that repeals section 1005 of the American Rescue Plan Act. The parties respectfully submit this joint status report to advise the Court on how they intend to proceed in response to this development.

The parties have agreed to dismiss the case without prejudice under Rule 41, and they will file a joint stipulation to that effect later today.

|  |  |
|---|---|
| /s/ Jonathan F. Mitchell<br>JONATHAN F. MITCHELL<br>Texas Bar No. 24075463<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law<br><br>*Counsel for Plaintiffs and the Certified Classes*<br><br>/s/ Chase J. Cooper<br>CHASE J. COOPER<br>Texas Bar No. 24087342<br>Winston & Strawn LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, Texas 75201<br>(214) 453-6500 (phone)<br>ccooper@winston.com<br><br>*Counsel for Intervenor*<br><br>/s/ David Muraskin<br>DAVID MURASKIN<br>1620 L Street NW, Suite 630<br>Washington, D.C. 20036<br>(202) 797-8600 (phone)<br>dmuraskin@publicjustice.net<br><br>*Counsel for Intervenor*<br><br>Dated: August 29, 2022 | Respectfully submitted.<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>LESLEY FARBY<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch<br><br>/s/ Michael F. Knapp<br>MICHAEL F. KNAPP<br>KYLA M. SNOW<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>(202) 305-8356 (phone)<br>(202) 616-8460 (fax)<br>michael.f.knapp@usdoj.gov<br>kyla.snow@usdoj.gov<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on August 29, 2022, I served this document through CM/ECF upon:

Michael F. Knapp
Kyla M. Snow
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-8356 (phone)
(202) 616-8460 (fax)
michael.f.knapp@usdoj.gov
kyla.snow@usdoj.gov

*Counsel for Defendants*

Chase J. Cooper
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
(214) 453-6500 (phone)
ccooper@winston.com

*Counsel for Intervenor*

David Muraskin
1620 L Street NW, Suite 630
Washington, D.C. 20036
(202) 797-8600 (phone)
dmuraskin@publicjustice.net

*Counsel for Intervenor*

                                                   /s/ Jonathan F. Mitchell
                                                Jonathan F. Mitchell
                                                *Counsel for Plaintiffs and*
                                                *the Certified Classes*