UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Sid Miller**, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>**Tom Vilsack**, in his official capacity as Secretary of Agriculture,<br><br>                    Defendant,<br><br>and<br><br>**Federation of Southern Cooperatives/Land Assistance Fund**, et al.<br><br>                    Intervenors. | Case No. 4:21-cv-00595-O |

## JOINT STIPULATION OF DISMISSAL

The parties stipulate to dismiss this action without prejudice. *See* Fed. R. Civ. P. 41. The parties agree the constitutional challenge to Section 1005 is moot. Notice to the class is not necessary because the dismissal is without prejudice and does not bind the members of the class. *See* Fed. R. Civ. P. 23(e).

                                                                Respectfully submitted.

 /s/ Jonathan F. Mitchell                           Brian M. Boynton
Jonathan F. Mitchell                                Principal Deputy Assistant Attorney
Texas Bar No. 24075463                              General
Mitchell Law PLLC
111 Congress Avenue, Suite 400                      Lesley Farby
Austin, Texas 78701                                 Assistant Branch Director
(512) 686-3940 (phone)                              Civil Division, Federal Programs Branch
(512) 686-3941 (fax)
jonathan@mitchell.law                                /s/ Michael F. Knapp
                                                    Michael F. Knapp

*Counsel for Plaintiffs and the Certified Classes*

 /s/ Chase J. Cooper 
CHASE J. COOPER
Texas Bar No. 24087342
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
(214) 453-6500 (phone)
ccooper@winston.com

*Counsel for Intervenor*

 /s/ David Muraskin 
DAVID MURASKIN
1620 L Street NW, Suite 630
Washington, D.C. 20036
(202) 797-8600 (phone)
dmuraskin@publicjustice.net

*Counsel for Intervenor*

Dated: August 29, 2022

KYLA M. SNOW
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-8356 (phone)
(202) 616-8460 (fax)
michael.f.knapp@usdoj.gov
kyla.snow@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on August 29, 2022, I served this document through CM/ECF upon:

Michael F. Knapp
Kyla M. Snow
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-8356 (phone)
(202) 616-8460 (fax)
michael.f.knapp@usdoj.gov
kyla.snow@usdoj.gov

*Counsel for Defendants*

Chase J. Cooper
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
(214) 453-6500 (phone)
ccooper@winston.com

*Counsel for Intervenor*

David Muraskin
1620 L Street NW, Suite 630
Washington, D.C. 20036
(202) 797-8600 (phone)
dmuraskin@publicjustice.net

*Counsel for Intervenor*

                                                      /s/ Jonathan F. Mitchell
                                                      Jonathan F. Mitchell
                                                      *Counsel for Plaintiffs and*
                                                       *the Certified Classes*